UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No: 16-20208
                                                       Honorable Victoria A. Roberts

RONALD ALEXANDER,

    Defendant.

_____/

**ORDER DENYING MOTION TO MODIFY OR ADJUST
PAYMENT SCHEDULE FOR RESTITUTION**

On September 8, 2016, the Court sentenced Defendant Ronald Alexander, a former Detroit Public High School principal, to 12 months in prison following his conviction for Conspiracy to Commit Federal Program Bribery, in violation of 18 U.S.C. ss 371 and 666(a)(1)(B).  The sentence also included an order of restitution payable to the Detroit Public Schools in the amount of $23,035.00.

Typically, restitution is due and payable immediately. 18 U.S.C. § 3572(d)(1). Alexander was notified of this immediacy in a letter to him dated October 14, 2016 from the United States Attorney's Office, but says that because he is incarcerated, he is unable to make restitution now.  Alexander attaches his six month prison account statement to demonstrate a material change in his economic circumstances and as proof of his financial inability to pay the $23,135.00.  From the time of his plea in June, 2016 (when Alexander knew restitution would be ordered) until now, no payments have been forthcoming.

1

The Presentence Investigation Report prepared in advance of Alexander's sentencing suggests an ability to make restitution payments. This ability to pay includes pension benefits paid by the State of Michigan to the Michigan Public Schools Employees Retirement System on Alexander's behalf and all accrued funds from May 2009 through June 2014; this is all subject to forfeiture.

The Court is not inclined to grant Alexander's request.  His Motion is **DENIED**.

    /s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  March 1, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record and Ronald Alexander by electronic means or U.S. Mail on March 1, 2017.

s/Linda Vertriest
Deputy Clerk